# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

April 30, 2019

**The application is ✓ granted.**
 ___ denied.

*[signature]*

Nelson S. Román, U.S.D.J.
Dated: April 30, 2019
White Plains, New York 10601

**BY FAX**

Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601
Fax: (914) 390-4179

Re:  **United States v. Paul Rosenfeld,**
     **19 Cr. 69 (NSR)**

Dear Judge Román:

I write with the consent of the government to request a brief extension of the deadlines for sentencing submissions in the above-referenced matter. Specifically, I ask that my sentencing memorandum be made due on Thursday, May 9, and that the government's submission be made due on Tuesday, May 14. The amended schedule will allow me additional necessary time to receive and review the final PSR and to represent my client effectively while maintaining the May 17 sentencing date, when friends and family of Mr. Rosenfeld have arranged to be present to show their support.

Respectfully submitted,

/s/
Clay H. Kaminsky, Esq.
Assistant Federal Defender
(212) 417-8749

cc:  AUSA Michael Krouse (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/2019

TOTAL P.002

# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

## FAX COVER SHEET

THE DOCUMENTS ACCOMPANYING THIS TELECOPY TRANSMISSION CONTAIN INFORMATION FROM THE FEDERAL DEFENDERS OF NEW YORK, INC. WHICH IS CONFIDENTIAL OR PRIVILEGED. THE INFORMATION IS INTENDED FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ON THIS TRANSMISSION SHEET. IF YOU ARE NOT THE INTENDED RECIPIENT, OR THE EMPLOYEE OR AGENT RESPONSIBLE TO DELIVER IT TO THE INTENDED RECIPIENT, BE AWARE THAT ANY DISCLOSURE, COPYING, DISTRIBUTION OR USE OF THE CONTENTS OF THIS TELECOPIED INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY AND RETURN THE ORIGINAL MESSAGE TO US AT THE ABOVE ADDRESS VIA THE U.S. POSTAL SERVICE. RECEIPT BY ANYONE OTHER THAN THE INTENDED RECIPIENT IS NOT A WAIVER OF ANY ATTORNEY-CLIENT OR WORK PRODUCT PRIVILEGE.

| | |
|---|---|
| FAX TO: | Honorable Nelson S. Román |
| FAX NUMBER: | (914) 390-4179 |
| DATE SENT: | April 30, 2019 |
| SENDER: | Clay H. Kaminsky, Attorney |
| NO. OF PAGES: | 2 (including this cover sheet) |
| COMMENTS: | United States v. Paul Rosenfeld |

If problems with this transmission occur, please call (212) 417-8700

Fax No: (212) 571-0392